IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   04-cr-00070-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODERICK WESSON,

        Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

    The Motion for Removal from ECF Distribution List (Doc. #1036), filed by Jeffrey S. Pagliuca is granted.

Dated:  November 6, 2006